| Attorney or Party without Attorney:<br>Nye, Stirling, Hale & Miller LLP<br>33 WEST MISSION ST.<br>SUITE 201<br>Santa Barbara, CA 93101<br>*Telephone No:* 805-963-2345     *FAX No:* (805) 563-5385 | | For Court Use Only |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of New York | | |
| *Plaintiff:* RICHARD DEGAETANO | | |
| *Defendant:* WESTWARD TRADING COMPANY, INCORPORATED | | |

| **AFFIDAVIT OF SERVICE**<br>- | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>1:23-CV-00545-MAD-TWD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; INITIAL CONFERENCE ORDER; COMPLAINT

3. a. Party served:      WESTWARD TRADING COMPANY, INCORPORATED
   b. Person served:     Jamison Fisher, Co Owner

4. Address where the party was served:     1041 West 25th Ave.
   ANCHORAGE, AK 99503

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., May. 31, 2023 (2) at: 4:36PM

7. Person Who Served Papers:      *Fee for Service:*
   a. STEVE ARTURO
   b. **UNITED PROCESS SERVERS, Inc.**
   142 East Figueroa Street
   Santa Barbara, CA 93101
   c. 805 966-2102

8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.

                               AFFIDAVIT OF SERVICE        (STEVE ARTURO)      6-1-23
                                                                              -                                                       np&s.237661