UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____X

   RICHARD DEGAETANO,                        Case No.
                                         1:23-cv-00545-MAD-TWD

     Plaintiff,

v.

WESTWARD TRADING COMPANY,
INCORPORATED,

     Defendant.


_____X

## **<u>NOTICE OF ENTRY OF APPEARANCE</u>**

      Ian Smith, Esquire, of Spire Law, LLC, hereby gives notice of entry of appearance as Attorney for Defendant, Westward Trading Company, Incorporated, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

      This 14th day of June, 2023.

                       Respectfully submitted,

                       SPIRE LAW, LLC
                       2572 W. State Road 426, Suite 2088
                       Oviedo, Florida 32765

                       By:    <u>/s/ Ian E. Smith</u>
                               Ian E. Smith, Esq.
                               NDNY Bar Roll No. 704482
                               ian@spirelawfirm.com
                               sarah@spirelawfirm.com
                               filings@spirelawfirm.com
                               *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ian E. Smith*
Attorney

www.spirelawfirm.com
Employment Attorneys