UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____X

RICHARD DEGAETANO,                                Case No.
                                                  1:23-cv-00545-MAD-TWD
  Plaintiff,

v.

WESTWARD TRADING COMPANY,
INCORPORATED,

  Defendant.

_____X

## NOTICE OF SETTLEMENT

Defendant Westward Trading Company, Incorporated, by and through its undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within forty-five (45) days and ask the Court to excuse any further responses, motions, pleadings, or other deadlines in this action, including the Initial Pretrial Conference scheduled August 3, 2023, at 9:30 AM.

RESPECTFULLY SUBMITTED this 5th day of July 2023.

SPIRE LAW, LLC
2572 W. State Road 426, STE 2088
Oviedo, Florida 32765

By: */s/ Ian E. Smith*

1

www.spirelawfirm.com
Employment Attorneys

Ian Smith, Esq.
New York Bar No. 4027447
ian@spirelawfirm.com
filings@spirelawfirm.com
Telephone: (407) 494-0135

***Counsel for Westward Trading Company, Incorporated***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August 2023, I served via e-mail the foregoing on counsel for Plaintiff Richard Degaetano:

Benjamin J. Sweet
NYE, STIRLING, HALE, MILLER, & SWEET, LLP
1145 Bower Hill Road, STE 104
Pittsburgh, Pennsylvania 15243
Tel (412) 857-5350
Email:      ben@nshmlaw.com

Jonathan D. Miller
NYE, STIRLING, HALE, MILLER, & SWEET, LLP
33 W. Mission Street, STE 201
Santa Barbara, California 93101
Tel (804) 963-2345
Email:      jonathan@nshmlaw.com

/s/ *Ian E. Smith*
Attorney