IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DEGAETANO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WESTWARD TRADING COMPANY, INCORPORATED,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00545-MAD-TWD |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Richard DeGaetano, and Defendant, Westward Trading Company, Incorporated, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

3. No party hereto is an infant or incompetent.

Dated: September 15, 2023

| | |
|---|---|
| NYE STIRLING, HALE,<br>MILLER & SWEET, LLP | SPIRE LAW, LLC |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243 | By: _/s/ Ian E. Smith_<br>Ian E. Smith, Esq.<br>ian@spirelawfirm.com<br>2572 W. State Road 426, Suite 2088<br>Oviedo, Florida 32765 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: September 19, 2023
　　　　　Albany, NY